# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133414

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PAUL B. STEEL and TERESA Y. STEEL,
     Plaintiffs-Appellants,

v

                                     SC: 133414
                                     COA: 271494

IVANHOE HUNTLEY-OAKHURST
BUILDERS, L.L.C.,
          Defendant-Appellee.
                                     Oakland CC: 2006-073329-CK

_____/

     On order of the Court, the application for leave to appeal the February 1, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

s0521

Clerk